UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ADAM MARSHAL DOBRIN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00232-APG-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed what appears to be a proposed Complaint with the clerk, thereby initiating a civil action in this Court. ECF No. 1-1. Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $400 filing fee is required to commence a civil action in federal district court. Any person who is unable to prepay the fees in a civil case may apply to the court for *in forma pauperis* status. 28 U.S.C. § 1915(a)(1); LSR 1-1. Here, Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis*.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff **shall** either pay the full filing fee of $400 or complete an application to proceed *in forma pauperis* and file it with the Clerk of Court on or before **May 1, 2020**. Failure to do so may result in a recommendation to dismiss this case.

IT IS FURTHER ORDERED that the Clerk of the Court **shall** hold Plaintiff's proposed Complaint (ECF No. 1-1), but not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court **shall** mail Plaintiff one copy of an application to proceed *in forma pauperis* for non-incarcerated litigants, one copy of the proposed Complaint (ECF No. 1-1), and one copy of this Order.

DATED THIS 1st day of April, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1